

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2023

**BY EMAIL**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Unsealing of Complaint 23 Mag. 6513**

Dear Judge Wang:

    The Government respectfully requests that Complaint 23 Mag. 6513 be unsealed. A proposed order to that effect is attached.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/
    Jonathan L. Bodansky
    Assistant United States Attorney

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>EDDIE MANUEL NUNEZ SANTOS,<br>    a/k/a "Lucas,"<br><br>                          Defendant. | **Unsealing Order**<br><br>**23 Mag. 6513** |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jonathan L. Bodansky;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint be unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            September 28, 2023

                                                                    _____
                                                                    HONORABLE ONA T. WANG
                                                                      UNITED STATES MAGISTRATE JUDGE
                                                                      SOUTHERN DISTRICT OF NEW YORK