# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No. **23 Mag. 6513**                    Date **10/27/2023**

USAO No. **2023R01032**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          Removal Proceedings in

United States v. **EDDIE MANUEL NUNEZ SANTOS**

The Complaint/Rule 40 Affidavit was filed on     **09/21/2023**

✓ *U.S. Marshals please withdraw warrant*

JONATHAN BODANSKY
Digitally signed by JONATHAN BODANSKY
Date: 2023.10.27 16:39:51 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

## Jonathan L. Bodansky

(print name if signature handwritten)

**SO ORDERED:**

DATE: Oct. 31, 2023

UNITED STATES MAGISTRATE JUDGE

**SO ORDERED:**

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**

---

Distribution:   Court; U.S. Marshals; Pretrial Services; AUSA                                   2020.07.13

# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **23 Mag. 6513**

USAO No. **2023R01032**

Date **10/27/2023**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          Removal Proceedings in

*United States v.*  **EDDIE MANUEL NUNEZ SANTOS**

The Complaint/Rule 40 Affidavit was filed on   **09/21/2023**

✓  *U.S. Marshals please withdraw warrant*


JONATHAN BODANSKY  Digitally signed by JONATHAN BODANSKY
Date: 2023.10.27 16:39:51 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

## Jonathan L. Bodansky
(print name if signature handwritten)

**SO ORDERED:**

DATE: Oct. 31, 2023


UNITED STATES MAGISTRATE JUDGE


**SO ORDERED:**

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**

---

Distribution:  Court; U.S. Marshals; Pretrial Services; AUSA

2020.07.13